# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Riverside,<br><br>　　　　　　　　　　Plaintiff(s),<br>　　v.<br>Bank of America, et al.<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>EDCV 13-00122 JGB (SPx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 08-05<br>( Related Cases ) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_____　　　　Christina A. Snyder
　　Date　　　　　　　　　　　　　United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached

February 5, 2013　　　　　　　　　_Christina A. Snyder_ (signature)
　　Date　　　　　　　　　　　　　United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 12-10903-CAS (AJWx)_____ and the present case:

- ☑ A.　Arise from the same or closely related transactions, happenings or events; or
- ☑ B.　Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C.　For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.　Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.
- ☐ E.　Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture actions)

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the** ☐ Western ☐ Southern ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

01/24/13 cls

cc: ☐ Previous Judge　　☐ Statistics Clerk

CV-34 (05/08)　　　ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases )

ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases)
Page 2 of 2

---

This case is related to In Re LIBOR Anti-Trust Litigation pending in the Southern District of New York. The low numbered case filed with me; CV 12-10903, was transferred by the MDL panel to New York before I had an opportunity to recuse. My reason for declining to accept this case is that my husband's law firm Susman Godfrey LLP is co-lead counsel in the pending New York litigation, and it is therefore inappropriate for me to serve as the judicial officer in this case.