CHET A. KRONENBERG
ckronenberg@stblaw.com
THOMAS C. RICE
trice@stblaw.com
JUAN A. ARTEAGA
jarteaga@stblaw.com
JOAN E. FLAHERTY
jflaherty@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-2000
Facsimile:   (212) 455-2502

Attorneys for Defendants
JPMORGAN CHASE & CO. AND
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF RIVERSIDE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, ROYAL BANK OF SCOTLAND GROUP PLC, UBS AG, WESTLB AG, and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>Defendants. | No. 13-CV-00122 JGB (SPx)<br><br>CLASS ACTION<br><br>STIPULATION STAYING ACTION<br><br>Judge:       Hon. Jesus G. Bernal<br>Courtroom: 1<br><br>[Filed concurrently herewith:<br>[Proposed] Order Staying Action] |

WHEREAS, Plaintiff County of Riverside ("Plaintiff") filed a Class Action Complaint (the "Complaint") on January 18, 2013 against the above-listed defendants, including JPMorgan Chase & Co. and JPMorgan Bank, N.A. (collectively, "JPMorgan");

WHEREAS, on February 4, 2013, JPMorgan filed a Notice of Tag-Along Action [MDL No. 2262 Docket No. 168] with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") in the case captioned *In Re Libor-Based Financial Instruments Antitrust Litigation*, MDL No. 2262, for an order, pursuant to 28 U.S.C. § 1407, transferring this action to the United States District Court for the Southern District of New York for coordinated or consolidated pre-trial proceedings with other related and similar actions pending before Judge Naomi Reice Buchwald as part of the U.S. Dollar London Interbank Offered Rate ("USD LIBOR") multidistrict litigation (the "MDL Actions");

WHEREAS, on February 7, 2013, the MDL Panel entered a Conditional Transfer Order transferring this action to the United States District Court for the Southern District of New York;

WHEREAS, the MDL Panel's Conditional Transfer Order will become effective if unopposed within seven (7) days of its issuance;

WHEREAS, Plaintiff does not intend to oppose the MDL Panel's Conditional Transfer Order;

WHEREAS, subject to a full reservation of their defenses and the terms of

this Stipulation, the following defendants acknowledge that they have been properly served and/or agree to accept service through their counsel: (i) JPMorgan Chase & Co., (ii) JPMorgan Chase Bank, N.A., (iii) Bank of America Corporation, (iv) Bank of America, N.A., (v) HSBC Holdings PLC, (vi) HSBC Bank PLC, (vii) Credit Suisse Group AG, (viii) Deutsche Bank AG, (ix) Citigroup, Inc., (x) Citibank, N.A., (xi) Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., (xii) Lloyds Banking Group PLC, (xiii) Royal Bank of Canada, (xiv) UBS AG, (xv) Portigon AG f/k/a WestLB AG, and (xvi) Barclays Bank PLC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and JPMorgan, subject to the approval of the Court, as follows:

1. This action shall be stayed, including all deadlines for the filing of responsive pleadings or motions to dismiss the Complaint, pending a final determination by the MDL Panel on whether this action will be transferred to the United States District Court for the Southern District of New York for consolidated or coordinated pre-trial proceedings with the MDL Actions;

2. If this action is not transferred to the United States District Court for the Southern District of New York, the time for filing responsive pleadings or motions to dismiss the Complaint shall be determined by stipulation and/or a Court Order;

3. Without further stipulation with counsel for Plaintiff, this stay applies to all defendants named in this action;

4. No defense of JPMorgan or any other defendant, including without limitation the lack of personal jurisdiction, to this action is prejudiced or waived by the submission of this Stipulation; and

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

| | | |
|---|---|---|
| 1 | Dated: February 11, 2013 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | By: /s/ Chet A. Kronenberg |
| 4 | | CHET A. KRONENBERG |
| | | ckronenberg@stblaw.com |
| 5 | | THOMAS C. RICE |
| | | trice@stblaw.com |
| 6 | | JUAN A. ARTEAGA |
| | | jarteaga@stblaw.com |
| 7 | | JOAN E. FLAHERTY |
| | | jflaherty@stblaw.com |
| 8 | | 425 Lexington Avenue |
| | | New York, NY 10017 |
| 9 | | Tel: (212) 455-2000 |
| | | Fax: (212) 455-2502 |
| 10 | | |
| 11 | | Attorneys for Defendants |
| | | JPMORGAN CHASE & CO. AND JPMORGAN |
| 12 | | CHASE BANK, N.A. |
| 13 | Dated: February 11, 2013 | BERNSTEIN LITOWITZ BERGER |
| | | & GROSSMANN LLP |
| 14 | | |
| 15 | | |
| 16 | | By: /s/ Benjamin Galdston |
| | | BENJAMIN GALDSTON |
| 17 | | BLAIR A. NICHOLAS (Bar No. 178428) |
| 18 | | blairn@blbglaw.com |
| | | BENJAMIN GALDSTON (Bar No. 211114) |
| 19 | | beng@blbglaw.com |
| | | 12481 High Bluff Drive, Suite 300 |
| 20 | | San Diego, CA 92130 |
| | | Tel: (858) 793-0070 |
| 21 | | Fax: (858) 793-0323 |
| 22 | | Attorneys for Plaintiff |
| | | COUNTY OF RIVERSIDE |