# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF RIVERSIDE,<br><br>              Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, ROYAL BANK OF SCOTLAND GROUP PLC, UBS AG, WESTLB AG, and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>              Defendants. | No. 13-CV-00122 JGB (SPx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER STAYING ACTION**<br><br>Judge:    Hon. Jesus G. Bernal<br>Courtroom:  1 |

**PROPOSED ORDER**

WHEREAS, Plaintiff County of Riverside and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. have agreed to stay this action until a final determination is made by the Judicial Panel on Multidistrict Litigation as to whether this action will be transferred to the United States District Court for the Southern District of New York,

NOW, THEREFORE, IT IS HEREBY ORDEREDTHAT:

This action is hereby STAYED, including all deadlines for the filing of responsive pleadings or motions to dismiss the Class Action Complaint ("Complaint"), until a final determination is made by the Judicial Panel on Multidistrict Litigation as to whether this action will be transferred to the United States District Court for the Southern District of New York;

If this action is not transferred to the United States District Court for the Southern District of New York, the time for filing responsive pleadings or motions to dismiss the Complaint shall be determined by stipulation and/or Order of this Court; and

Without further stipulation with counsel for Plaintiff, this stay applies to all defendants named in this action.

DATED: _____, 2013

_____
HONORABLE JESUS G. BERNAL
United States District Judge