BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL Docket No. 2262 |

TO: Jeffrey N. Luthi
Clerk of the Panel
United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255
Washington, DC 20002

**PLAINTIFF COUNTY OF RIVERSIDE'S RESPONSE TO NOTICE OF
TAG-ALONG ACTIONS AND CONDITIONAL TRANSFER ORDER (CTO-6)**

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff County of Riverside ("Plaintiff" of "Riverside County"), hereby responds to the Notice of Tag-Along Action (the "Notice") [ECF No. 168] filed on February 4, 2013, by Defendants JP Morgan Chase & Co., and JP Morgan Chase Bank, N.A., ("JP Morgan") [MDL Dkt. No. 2262], and the Conditional Transfer Order (CTO-6) filed by Clerk of the Judicial Panel [ECF No. 170], which were filed on February 7, 2013.

Riverside County does not oppose transfer of the action titled *County of Riverside v. Bank of America Corp., et al.*, Case No. ED CV 13-00122 (C.D. Cal.) (the "*Riverside County Action*"), currently pending in the Central District of California, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1704 only. Pursuant to § 1704(a), the *Riverside County Action* shall be remanded at or before the conclusion of such pretrial proceedings back to the Central District of California.

The *Riverside County Action* alleges generally that the defendant banks conspired to manipulate the U.S. Dollar-denominated London Interbank Offering Rate ("USD LIBOR") and asserts claims on behalf of Riverside County and all other municipalities within states that provide an antitrust remedy for "indirect" harms that received interest or other return on any investment, transaction, or depository account at a rate expressly linked to USD LIBOR for which the rate or return was set or adjusted at any time between January 1, 2005, and December 31, 2010 ("Class"). The *Riverside County Action* expressly excludes transactions directly with any defendant bank. Riverside County agrees that the *Riverside County Action* involves questions of fact common to those raised in the MDL Actions. Notice ¶6. Riverside County further agrees that certain but not all of the causes of action that are asserted in the *Riverside County Action* (claims under the state antitrust laws of each state and the Distract of Columbia),

-1-

which Riverside County asserts on behalf of itself and a putative class of "indirect purchaser" municipalities, are also brought in the *Lieberman* action that has been consolidated in the MDL (attached as Exhibit F to the Notice). *Id.* ¶10. Riverside County notes, however, that the *Lieberman* complaint is limited to investors in "Preferred Equity Securities" and concerns a different putative class period.

Riverside County respectfully does not oppose transfer of the *Riverside County Action* for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 only.

Dated: February 11, 2013

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


_/s/Blair A. Nicholas_
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Plaintiff County of Riverside*

## PROOF OF SERVICE

I, DENA L. BIELASZ declare,

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on February 11, 2013, I caused to be served the following document(s):

- PLAINTIFF COUNTY OF RIVERSIDE'S RESPONE TO NOTICE OF TAG-ALONG ACTION AND CONDITIONAL TRANSFER ORDER (CTO-6)

to counsel of record on the attached Service List as follows:

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☒ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s, on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ **(BY ELECTRONIC MAIL)** Pursuant to Civil L.R. 5-5(a)(1) and F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed with the Court via Electronic Case Filing (ECF).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of State of CALIFORNIA that the foregoing is true and correct. Executed this 11th day of February, 2013, at San Diego, California.

*Dena Bielasz*
DENA L. BIELASZ, CP
Certified Paralegal

## SERVICE LIST

| | |
|---|---|
| Robert F. Wise, Jr.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel:   (212) 450-4512<br>robert.wise@davispolk.com<br><br>*Counsel for Defendants Bank of America Corporation and Bank of America, N.A.* | Jeffrey T. Scott<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel:   (212) 558-3082<br>Fax:   (212) 558-3588<br>scottj@sullcrom.com<br><br>*Counsel for Defendant Barclays Bank PLC* |
| Tammy Albarrán<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>Tel:   (415) 591-6000<br>Fax:   (415) 591-6091<br><br>*Counsel for Defendants Citigroup Inc. and Citibank N.A.* | Sean Murphy<br>MILBANK, TWEED, HADLEY<br>   & McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel:   (212) 530-5688<br>Fax:   (212) 822-5688<br>smurphy@milbank.com<br><br>*Counsel for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.* |
| Herbert S. Washer<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, NY 10005<br>Tel:   (212) 701-3435<br>hwasher@cahill.com<br><br>*Counsel for Defendant Credit Suisse Group AG* | Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:   (212) 373-3355<br>msilverman@paulweiss.com<br><br>*Counsel for Defendant Deutsche Bank AG* |
| Roger B. Cowie<br>LOCKE LORD BISSELL<br>   & LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Tel:   (214) 740-8614<br>rcowie@lockelord.com<br><br>*Counsel for Defendants HSBC Holdings PLC and HSBC Bank PLC* | Thomas C. Rice<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel:   (212) 455-2000<br>Fax:   (212) 455-2502<br>trice@stblaw.com<br><br>*Counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

| | |
|---|---|
| Marc J. Gottridge<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Tel:   (212) 918-3000<br>Marc.gottridge@hoganlovells.com<br><br>*Counsel for Defendants Lloyds Banking Group Plc and HBOS Plc* | Arthur W. Hahn<br>Christian T. Kemnitz<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Tel:   (312) 902-5200<br>Arthur.hahn@kattenlaw.com<br>Christian.kemnitz@kattenlaw.com<br><br>*Counsel for Defendant The Royal Bank of Canada* |
| Robert G. Houck<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel:   (212) 878-8000<br>Fax:   (212) 878-8375<br>robert.houck@cliffordchance.com<br><br>*Counsel for Defendant The Royal Bank of Scotland Group plc* | Peter Sullivan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:   (212) 351-4000<br>psullivan@gibsondunn.com<br><br>*Counsel for Defendant UBS AG* |