**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| County of Riverside | CASE NUMBER: |
|---|---|
| Plaintiff(s) | EDCV13-00122-JGB(SPx) |
| v. | |
| Bank of America Corporatipn, et al | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
   *Applicant's Name*                    *Firm Name / Address*

_____              _____
   *Telephone Number*                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                          *Local Counsel Designee /State Bar Number*

of _____
   *Local Counsel Firm / Address*

_____              _____
   *Telephone Number*                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**