# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| County of Riverside <br><br> Plaintiff(s) <br> v. <br><br> Bank of America Corporatipn, et al <br><br> Defendant(s). | CASE NUMBER: <br><br> EDCV13-00122-JGB(SPx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
    *Applicant's Name*                                *Firm Name / Address*

_____             _____
    *Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                                 *Local Counsel Designee /State Bar Number*

of _____
                         *Local Counsel Firm / Address*

_____             _____
    *Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____             _____
                                                                    U. S. District Judge/U.S. Magistrate Judge